IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS RAY DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv201 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY CORRECTIONS MEDICAL DEPT., et al., | ) | |
| | ) | |
| Defendants. | ) | |

     Filing no. 10 is an entry in the docket sheet of this case by the Clerk of Court stating: "Douglas Ray Duncan, 0054736, CJ-DOUGLAS, Douglas County Correctional Center, 710 South 17th Street, Omaha, NE 68102 regarding Order to Show Cause, 9. NOT REMAILED - No Forwarding Address. **Waiting for response from Douglas County Correctional Center for forwarding address requested via facsimile.**"   (Emphasis added.)

     Apparently, the defendant-Douglas County Correctional Center has not bothered to contact the court with the requested information.   Therefore, by no later than November 21, 2005, the defendant or its attorney shall file a **written** statement in this case providing all information in the defendant's possession and otherwise available to the defendant concerning the whereabouts of the plaintiff.

     SO ORDERED.

     DATED this 4th day of November, 2005.

                                    BY THE COURT:

                                    s/ F. A. GOSSETT
                                    United States Magistrate Judge